UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| TREVOR MILLER, : | |
| : | No. 5:15-cv-3357 |
| Plaintiff, : | |
| v. : | |
| : | |
| WARREN HOSPITAL, et al., : | |
| : | |
| Defendants. : | |

_____

# **O R D E R**

**AND NOW,** this 10th day of September, 2015, upon consideration of Defendants' First Motion to Dismiss, ECF No. 4, and Plaintiff's First Amended Complaint, ECF No. 7, **IT IS HEREBY ORDERED** that Defendants' Motion, ECF No. 4, is **DENIED** as moot.

                                                   **BY THE COURT:**

                                                   */s/ Joseph F. Leeson, Jr.*_____
                                                   **JOSEPH F. LEESON, JR.**
                                                   **United States District Judge**