

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TREVOR MILLER,
    *Plaintiff,*

vs.

No. 5:15-cv-3357

WARREN HOSPITAL, IPA., P.A.;
CHRISTOPHER MANN, M.D.,
    *Defendants.*

## ORDER

AND NOW, on October 9 of 2015, upon review of the Parties' Stipulation to Transfer Venue, it is hereby **ORDERED** and **DECREED** that this case shall be transferred to the U.S. District Court for the District of New Jersey

FILED

OCT - 9 2015

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

BY THE COURT:

Joseph F. Leeson, Jr., J.

10-13-15 e-mailed to: C. Haines
K. Cottone
C. Heimbach
M. Wilson